Jack P. Burden, Esq.
Nevada State Bar No. 6918
Dallin Knecht, Esq.
Nevada Bar No. 16263
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
dallinknecht@backuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBBIE KAY FERRE, | 2:23-cv-01454-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| vs. | **(First Request)** |
| ALBERTSON'S, LLC, a Foreign Corporation d/b/a Albertson's #3333; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff DEBBIE KAY FERRE, by and through her counsel, the attorneys at Moss Berg Injury Lawyers, and Defendant ALBERTSON'S LLC, by and through its counsel of record, the attorneys at Backus | Burden, hereby stipulate and agree to the extension of the discovery deadlines in this case for a period of sixty (60) days for the reasons explained herein.

Pursuant to Local Rule IA 6-1(a), the parties state that this is the first such discovery extension requested in this matter.

. . .

. . .

. . .

. . .

. . .

## **DISCOVERY COMPLETED TO DATE – LR 26-3(a)**

1. Plaintiff served her Initial FRCP 26(a) Disclosure on October 3, 2023.
2. Defendant served its Initial FRCP 26(a) Disclosure on November 2, 2023.
3. Defendant served Interrogatories and Requests for Production on Plaintiff on November 2, 2023.
4. On November 6, 2023, Defendant served a Notice of Taking Deposition of Plaintiff Debbie Ferre. The deposition was set to take place on January 10, 2024.
5. On November 14, 2023, Plaintiff served Interrogatories and Requests for Production on Defendant.
6. On November 30, 2023, Plaintiff served her First Supplement to her Initial FRCP 26(a) Disclosures.
7. On December 4, 2023, Plaintiff served responses to Defendant's written discovery.
8. On January 2, 2024, Defendant served responses to Plaintiff's written discovery.
9. On January 2, 2024, Defendant served its First Supplement to its Initial FRCP 26(a) Disclosures.
10. On January 9, 2024, Plaintiff conducted a site inspection of the premises involved in the subject incident.
11. On January 10, 2024, Plaintiff was unable to attend her deposition due to scheduling conflicts as she was outside of the State of Nevada.
12. On January 10, Defendant re-noticed the Deposition of Plaintiff for February 29, 2024.
13. On February 2, 2024, Plaintiff noticed the depositions for 3 Albertsons employees.
14. On February 29, 2024, Plaintiff was deposed.

. . .

. . .

. . .

## DISCOVERY REMAINING – LR 26-3(b)

1. Disclosure of initial expert witnesses and rebuttal expert witnesses
2. Depositions of Defendant employees
3. Deposition of Defendant 30(b)(6) witness
4. Depositions of Liability and Medical Experts
5. Depositions of Treating physicians – as necessary
6. Additional fact witness depositions – as necessary

## REASONS FOR EXTENSION – LR 26-3(c)

Pursuant to LR IA 6-1 and LR 26-3, the parties represent that good cause exists for the extension of the deadline for discovery, deadlines for expert disclosures, and deadlines for dispositive motions and the joint pre-trial order. The parties had agreed upon a deposition date for Plaintiff in early January, however Plaintiff was unexpectedly required to leave the State of Nevada to attend to important familial matters. Counsel for Plaintiff then had a weeks long trial in the Eighth Judicial District Court, and no depositions were able to be scheduled during this time. The deposition of Plaintiff is necessary evidence for both parties' experts to rely on in forming their opinions. Further, Plaintiff's medical issues in this case span different areas of medicine, requiring the retention of a multitude of experts.

The parties have been working to schedule all remaining depositions, and have made headway, with 4 depositions scheduled since Plaintiff has returned to the State of Nevada and Plaintiff's counsel trial has ended. The parties have acted in good faith in discovery to date and have no intent nor reason to delay the resolution of this matter. A 60-day extension of the applicable deadlines should allow the parties to finish all discovery and potentially resolve the case.

. . .

. . .

3

**NEW DISCOVERY DEADLINES – LR 26-3(d)**

|  | Current Deadline | New Deadline |
|---|---|---|
| **Initial Expert Disclosure** | March 15, 2024 | May 14, 2024 |
| **Amend Pleadings/Add Parties** | CLOSED | CLOSED |
| **Rebuttal Expert Disclosure** | April 15, 2024 | June 14, 2024 |
| **Discovery Deadline** | May 15, 2024 | July 15, 2024 |
| **Dispositive Motions** | June 14, 2024 | August 13, 2024 |
| **Joint Pre-Trial Order** | July 15, 2024 | September 13, 2024 |

If this extension is granted, all additional discovery should be concluded within the stipulated extended deadlines. The parties represent that this request for an extension is made in good faith and not for the purpose of delay.

DATED this 29th day of February 2024.

_____
MOSS BERG INJURY ATTORNEYS
Boyd B. Moss III, Esq.
Marcus A. Berg, Esq.
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Attorneys for Plaintiff

_____
BACKUS | BURDEN
Jack P. Burden, Esq.
Dallin Knecht, Esq.
3050 S. Durango Dr.
Las Vegas, Nevada 89117
Attorneys for Defendant

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** 3/1/2024

4