<div style="sidebar">BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545</div>

1  Jack P. Burden, Esq.
2  Nevada State Bar No. 6918
   Jacquelyn Franco, Esq.
3  Nevada Bar No. 13484
   **BACKUS | BURDEN**
4  3050 South Durango Drive
   Las Vegas, NV 89117
5  (702) 872-5555
   (702) 872-5545
6  jburden@backuslaw.com
   jacquelynfranco@backuslaw.com
7  Attorneys for Defendant,
   *Albertson's LLC*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBBIE KAY FERRE, ) | 2:23-cv-01454-GMN-BNW |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE** |
| vs. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| ALBERTSON'S, LLC, a Foreign ) | |
| Corporation d/b/a Albertson's #3333; ) | |
| DOES I through X; and ROE ) | |
| CORPORATIONS I through X, inclusive, ) | |
| ) | |
| Defendants. ) | |

Plaintiff DEBBIE KAY FERRE, by and through her counsel of record Boyd B. Moss, Esq. and John C. Funk, Esq. of MOSS BERG INJURY LAWYERS , and Defendant ALBERTSON'S LLC by and through its counsel of record Jack P. Burden, Esq., and Jacquelyn Franco, Esq., of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

. . .

. . .

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

Dated: <u>October 9</u>, 2024

MOSS BERG INJURY LAWYERS

/s/   Boyd B. Moss
BOYD B. MOSS, ESQ.
Nevada Bar No. 9760
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
5420 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
T: (702) 222-4555 - F: (702) 222-4556
*Attorneys for Plaintiff Debbie Kay Ferre*

Dated: <u>October 9</u>, 2024

**BACKUS | BURDEN**

*/s/*   /s/ Jack P. Burden
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555 - (702) 872-5545
*Attorneys for Defendant Albertson's LLC*

## ORDER - 2:23-cv-01454-GMN-BNW

IT IS HEREBY ORDERED that all claims that have been brought and/or could have been brought by Plaintiff against Defendant in the above-titled litigation are DISMISSED *WITH PREJUDICE*. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein. The Clerk of Court is kindly instructed to close this case.

**IT IS SO ORDERED.**

Gloria M. Navarro
United States District Court Judge

Respectfully Submitted,
**BACKUS | BURDE**
By:   /s/ Jack P. Burden
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant Albertson's LLC*